RECEIVED
IN LAFAYETTE, LA.

APR 1 6 2009

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| HELEN CHAUTIN, ET AL | * | CIVIL ACTION NO. 08-1265 |
| VERSUS | * | JUDGE DOHERTY |
| SPECIALTY RETAILERS, INC. | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

The Motion to Dismiss [rec. doc. 6] was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the motion is GRANTED, and this matter is hereby DISMISSED WITH PREJUDICE.

Lafayette, Louisiana, this 16 day of April, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE 4-16-09
BY: CB
TO: cg